

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00441-CV

**RIO GRANDE H2O GUARDIAN** and Albert F. Muller, Jr.,
Appellants

v.

**ROBERT MULLER FAMILY PARTNERSHIP LTD.**, d/b/a Robert Muller, Ltd.
and Muller's Rosetta Stone, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVQ001860D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, the counter-claims and third-party claims asserted against the appellants in the underlying cause are DISMISSED, and the cause is REMANDED to the trial court to determine the amount of the court costs, reasonable attorney's fees, and other expenses to be awarded to the appellants pursuant to Section 27.009 of the Texas Civil Practice and Remedies Code.

SIGNED January 29, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice